01

02

03

04

05

06                      UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  JENNEFER ELLEN HANNA,              )
                                       )   CASE NO. C11-0863-JCC
09                   Plaintiff,        )
                                       )
10          v.                         )   ORDER REMANDING CASE
                                       )
11  MICHAEL J. ASTRUE, Commissioner of )
    Social Security,                   )
12                                     )
                     Defendant.        )
13  _____ )

14          The Court, after careful consideration of plaintiff's complaint, the parties' briefs, all

15  papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

16  the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the

17  record, does hereby find and ORDER:

18          (1)     The Court adopts the Report and Recommendation. (Dkt. No. 18.)

19          (2)     The final decision of the Commissioner is REVERSED and this case is

20  REMANDED to the Social Security Administration for further proceedings not inconsistent

21  with the Report and Recommendation.

22  / / /

01          (3)      The Clerk of the Court is directed to send copies of this Order to the parties and

02   to Judge Theiler.

03          DATED this 21st day of March 2012.

04

05

06

07          _____

08          JOHN C. COUGHENOUR
            United States District Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER REMANDING CASE
PAGE - 2